UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: CHRISTOPHER WEATHERFORD

§
§  Case No.: 21-30975-SGJ
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Gray__   __Gregory__   __Clay__
           *Last*        *First*        *MI*

2. Firm Name: The Law Offices of Gray Gray

3. Address: 1012 Ridge Road
   Rockwall, Texas 75087

4. Phone: 972-771-5525    FAX: 972-200-1275

   Email: ggray@ggraylawfirm.com

5. Name used to sign *all* pleadings: Greg Gray

6. Retained by: Alford Lee

7. Admitted on 11/05/1993 and presently a member in good standing of the bar of the highest court of the state of Texas and issued the bar license number of 00787585.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Northern District of Texas | 07/24/1998 |
   | Eastern District of Texas | 07/15/1998 |
   | Southern District of Texas | 04/23/2003 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    |  | n/a |
    |  |  |
    |  |  |

13. Local counsel of record: __n/a__

14. Local counsel's address: __n/a__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Greg Gray                                                                     06/28/2021
Printed Name of Applicant                                          Date

*[signature]*
Signature of Applicant