IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER WEATHERFORD | §<br>§<br>§    CASE NO. 21-30975-SGJ-11<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned attorney of the firm of The Law Offices of Greg Gray, represents Alford Lee, a creditor and party in interest in these proceedings, and enter an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, firm address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorney as agent for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,

**THE LAW OFFICES OF GREG GRAY**
1012 Ridge Road
Rockwall, Texas 75087
Tel: (972) 771-5525
Fax: (972) 200-1275
Email: ggray@ggraylawfirm.com

_____
*Greg Gray*
State Bar No. 00787585
Attorney for Alford Lee, a Creditor

**NOTICE OF APPEARANCE OF COUNSEL AND DEMAND FOR SERVICE OF PAPERS** -
Page 1 of 2

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was ELECTRONICALLY FILED on:

Joyce Lindauer
1412 Main St.
Dallas, TX 75202

U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75202

Dated on June 30, 2021

                                         *Greg Gray*