Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER LEE WEATHERFORD, | § | CASE NO. 21-30975 |
| | § | CHAPTER 11 |
| Debtor. | § | |

## SECOND MODIFICATION TO DEBTOR'S FIRST AMENDED
## PLAN OF REORGANIZATION

Christopher Lee Weatherford ("Debtor") proposes the following Second Modification to Debtor's First Amended Plan of Reorganization (the "Plan") pursuant to Chapter 11 of the United States Bankruptcy Code to address the concerns raised by Ford Motor Credit Company, LLC. In accordance with Bankruptcy Rule 3019, to the extent applicable, this Plan may be modified or amended upon application of the Debtor, or corrected prior to the Confirmation Date. The changes proposed herein are neither material nor adverse to any party and should be made a part of the Plan approved in this case and are set forth as follows:

**Class 4: Allowed Secured Claim of Ford Motor Credit Company, LLC**

The Claim shall be paid pursuant to the terms of the contract other than as set forth herein. Payments shall commence on May 1, 2022, and continue on the first day of each month thereafter until paid in full as set forth in the Contract. In the event of a default under the Plan, Ford or its counsel shall provide notice to counsel for the Debtor/Reorganized Debtor. The Debtor/Reorganized Debtor shall have ten (10) days to cure the default. In the event the Debtor/Reorganized Debtor fails to cure the default within 10 days after receipt of notice, the Claimant shall be entitled to pursue collection of all amounts owed pursuant to contract or state law outside the Bankruptcy Court without further notice. The Debtor is entitled to one (1) notice of default. Upon a second default, the Claimant shall be entitled to pursue collection of all amounts

owed pursuant to contract or state law outside the Bankruptcy Court without further notice. The Claim is IMPAIRED.

The Class 4 Claims and the holders of the Class 4 Claims are entitled to vote to accept or reject the Plan.

Dated: March 30, 2022.

Submitted By:

/s/ Joyce Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

/s/ Christopher Lee Weatherford
Christopher Lee Weatherford, Debtor

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case listed below.

Alonzo Zachary Casas
ecftxnb@aldridgepite.com, acasas@ecf.inforuptcy.com

Eboney D. Cobb
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Gregory Clay Gray
ggray@ggraylawfirm.com, lmayhall@ggraylawfirm.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Laurie A. Spindler
Laurie.Spindler@lgbs.com,
Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Stephen Wilcox
kraudry@wilcoxlaw.net,
swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

   /s/ Joyce Lindauer
Joyce W. Lindauer