Debtor: __Christopher Lee Weatherford__

# APPENDIX B

# FEE APPLICATION COVER SHEET

**Interim / Final Fee Application of:** __Joyce W. Lindauer Attorney, PLLC__

**Capacity:** __Attorneys for Debtor__   **Time Period:** __5/26/2021 through 4/22/2022__

**Bankruptcy Petition Filed on:** __5/26/2021__

**Date of Entry of Retention Order:** __7/29/2021__   **Status of Case:** __confirmed__

**Amount Requested:  Reductions:**

| | | | |
|---|---|---|---|
| Fees: | $ 28,296.00 | Voluntary fee reductions: | $ 9,300.50 |
| Expenses: | $ 3,421.79 | Expense reductions: | $ |
| Other: | $ | **Total Reductions:** | $ 9,300.50 |
| **Total:** | $ 31,717.79 | | |

**Draw Down Request:**  **Expense Detail:**

| | | | |
|---|---|---|---|
| Retainer Received: | $ 8,173.15 | Copies - per page cost and total: | $ .20 / 684.20 |
| Previous Draw Down(s): | $ 0 | Fax - per page cost and total: | $ .50 / 0 |
| Remaining Retainer (now): | $ 8,173.15 | Computer Research: (Pacer) | $ 4.50 |
| Requested Draw Down: | $ 8,173.15 | Other: See detailed | $ |
| Retainer Remaining (after): | $ 0 | Other: exhibit | $ |

**Hourly Rates**   Attorney/Accountant    Paralegal/Clerical

| | | |
|---|---|---|
| Highest Billed Rate: | $ 450 | $ 150 |
| Total Hours Billed: | 65.1 | 46.9 |
| Blended Rate: | $ 347.05 | $ 121.60 |

Eff.  9/1/2010                                49

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRISTOPHER LEE WEATHERFORD, | § | CASE NO. 21-30975-sgj |
| | § | Chapter 11 |
| Debtor. | § | |

**FIRST AND FINAL APPLICATION TO APPROVE PAYMENT**
**OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, BEFORE CLOSE OF BUSINESS WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above-styled and numbered case and files this First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel and in support thereof respectfully shows the Court the following:

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 1

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334, and 11 U.S.C. §§ 331 and 330.

2. On May 26, 2021 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Bankruptcy Case") by filing his voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3. An order was entered authorizing the employment of Debtor's counsel.

4. Counsel has provided legal services to the Debtor and incurred expenses since its employment totaling $31,717.79. The fees and expenses incurred for the services represent actual, necessary services rendered by Counsel for the benefit of the Debtor's estate and his creditors.

5. This Application covers the time period for Joyce W. Lindauer Attorney, PLLC from May 26, 2021 through April 22, 2022, plus limited time spent in preparation of this application. A detailed statement of the services performed by Joyce Lindauer and others who worked with her and for the Debtor and the estate during this period, together with the listing of persons who devoted time during this period, along with the billing rates of such individuals is attached hereto and incorporated as **Exhibit "A"**. These statements show the date that services were rendered, the nature of the services rendered, by whom such services were rendered, and the time required for the performance of such services. During this period of time, Applicant has rendered professional services and incurred out-of-pocket expenses on behalf of the Debtor and the estate as follows:

|  | Hours Spent | Fees Billed | Expenses | Total |
| --- | --- | --- | --- | --- |
| Attorneys and Staff | 112.0 | $28,296.00 | $3,421.79 | $31,717.79 |

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 2

This Application seeks approval of all fees for services rendered and reimbursement of expenses incurred during the periods stated herein. The expenses are also detailed in the exhibits attached hereto.

6. The hourly rates specified in **Exhibit "A"** are reasonable, considering the nature of the services performed, and the experience of the persons rendering such service. Rates charged for expenses are reasonable, with photocopies at $.20 per copy and all other expenses at their actual costs. Applicant was paid a retainer of $12,000.00 (net to $8,173.15 in pre-petition fees) and, of this amount $2,337.34 was paid for filing fees. A voluntary discount of $9,300.50 was also applied.

## REQUEST FOR COMPENSATION

7. Pursuant to the decisions of the United States Court of Appeals for the Fifth Circuit in In re First Colonial Corp., 554 F.2d 1291 (5th Cir. 1977), and Johnson v. Georgia Highway Express, Inc., 488 F.2d 741 (5th Cir. 1974), Applicant requests the Court consider the following factors in determining the amount of compensation as reasonable for Applicant's services in this case.

A. Time and Labor Required:

The Applicant has expended 112.0 hours during the stated period in performing services for the Debtor and the estate in connection with these proceedings.

B. Novelty and Difficulty of Issues:

In the case, the work performed by the Applicant included, but was not limited to, assisting the Debtor in performing his duties, including working on the general administration of the case, preparing numerous pieces of correspondence, working on motions, obtaining approval of a disclosure statement and also confirmation of a plan.

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 3

C. <u>The Requisite Skill to Perform Services Properly:</u>

Applicant has the skill to complete the required tasks. Applicant is an experienced bankruptcy attorney. Joyce Lindauer has practiced in the area of bankruptcy law for over thirty (30) years.

D. <u>Preclusion from Other Employment:</u>

Applicant's work for the estate consumed a significant portion of Applicant's time, as more fully described in this Application. The Applicant has been unable to specifically estimate the amount of business that it has been precluded from accepting because of its involvement in the case.

E. <u>Customary Fees:</u>

The Applicant is applying for compensation for fees and expenses that reflect customary billing rates in matters of this kind. The hourly rates charged for performing services are below the range of those customarily charged by many other law firms in the Dallas and Fort Worth metropolitan area and are below the rates being charged by many lawyers practicing bankruptcy law with far fewer years of experience.

F. <u>Fee Fixed or Contingent:</u>

The fees for the Applicant's services were calculated on an hourly basis for actual time spent on the cases. Time would be billed after confirmation based on standard hourly rates for the persons performing such services.

G. <u>Time Limitations Imposed by the Client and Other Circumstances:</u>

The Applicant worked diligently to get a plan approved in this case.

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 4

H.  Experience, Reputation and Ability:

Applicant has worked in the area of bankruptcy law for many years and has extensive experience in this area. The above analysis and the narrative entries in **Exhibit "A"** demonstrate the services rendered by Applicant for the Debtor and the estate for which compensation is appropriate.

WHEREFORE, PREMISES CONSIDERED, the Applicant, Joyce W. Lindauer Attorney, PLLC, respectfully requests this Honorable Court to allow this Application in the sum of $31,717.79 in compensation for professional fees and expenses in connection with these proceedings as an allowed administrative claim in this estate pursuant to 11 U.S.C. § 503(b)(1)(A) and §507(a)(1), less the retainer received and voluntary discount applied for a net allowance of $14,244.14 and that Applicant have such other and further relief, in law or equity, to which it may show itself justly entitled.

Dated: July 6, 2022.

Respectfully submitted,

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

 */s/ Joyce W. Lindauer*
Joyce W. Lindauer

First and Final Application to Approve Payment
of Fees and Expenses of Debtor's Counsel
Page 5

**EXHIBIT "A"**
FEE APPLICATION DATA AND SUMMARIES
6/15/2022

| I. GENERAL INFORMATION | |
|---|---|
| Debtor/Client | Christopher Lee Weatherford |
| Case Number | 21-30975 |
| District / Division | Northern / Dallas |
| Fee Application Type (interim/final) | Final |
| Interim Fee Application Number (if applicable) | n/a |
| Date of Retention | 3/25/2021 |
| Date of Order Granting Application to Employ | 7/29/2021 |
| Time Period Covered | 5/26/2021 through 4/22/2022 |
| Applicant | Joyce W. Lindauer Attorney, PLLC |
| Capacity | Debtor's Attorney |

| II. CASE HISTORY | |
|---|---|
| Date Filed | 5/26/2021 |
| Chapter Under Which Case Was Commenced | 11 |
| Date Confirmed | 4/22/2022 |
| Effective Date | 5/22/2022 |
| Anticipated Distribution to Creditors: | |
| A. Administrative Expenses | 100% |
| B. Secured Creditors | 100% |
| C. Priority Creditors | 100% |
| D. General Unsecured Creditors | 50% |

| III. FEE SUMMARY | |
|---|---|
| Gross Time | $28,296.00 |
| Gross Expenses | $3,421.79 |
| Subtotal - Gross Fees | $31,717.79 |
| Less Voluntary Fee Reductions | $9,300.50 |
| Less Voluntary Expense Reductions | $0.00 |
| Less Total Fees Allowed to Date | $0.00 |
| Less Total Retainer (if applicable) | $8,173.15 |
| Less Total Holdback (if applicable) | $0.00 |
| Less Other Amount Received by Applicant | $0.00 |
| **Net Amount Requested** | **$14,244.14** |

| IV. EXPENSE SUMMARY | Rate | Charge |
|---|---|---|
| Expense Reimbursement | Actual Cost | $86.82 |
| Fees, Filing | Actual Cost | $2,337.34 |
| Pacer | Actual Cost | $4.50 |
| Photocopies - Fee per Page | $0.20 | $684.20 |
| Postage | Actual Cost | $308.93 |
| | Total: | $3,421.79 |

| V. AVERAGE HOURLY RATES | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|

| | | |
|---|---:|---:|
| Highest Rate | $450 | $150 |
| Lowest Rate | $250 | $65 |
| Gross Fees Charges | $22,593.00 | $5,703.00 |
| Gross Hours Billed | 65.1 | 46.9 |
| Average Rate | $347.05 | $121.60 |

| VI. PERSONS PROVIDING SERVICE | | Attorney Rate | Non-Attorney Rate |
|---|---|---:|---:|
| Joyce W. Lindauer | Attorney | $450 | |
| Kerry Alleyne | Associate Attorney | $300 | |
| Austin Taylor | Associate Attorney | $275 | |
| Guy Holman | Associate Attorney | $250 | |
| Rebecca Thomas | Associate Attorney | $295 | |
| Lawrence Boyd | Law Clerk | | $150 |
| Dian Gwinnup | Paralegal | | $125 |
| Margie Richardson | Legal Assistant | | $65 |
| David Lindauer | Analyst | | $95 |

| VII. ACTIVITY SUMMARY | Time (Hours) |
|---|---:|
| Appeal | 22.3 |
| Case Administration | 8.6 |
| Confirmation Activities | 9.6 |
| Creditors Meeting | 3.0 |
| Debtor Interview | 3.8 |
| Employment Matters | 3.1 |
| Insurance Issues | 0.1 |
| Litigation / Adversary Matters | 9.4 |
| Monthly Operating Reports | 6.1 |
| Plan and Disclosure Statement | 33.3 |
| Schedules and Statement of Affairs | 4.1 |
| Settlement Activities | 1.0 |
| Status Conference/Report | 0.2 |
| Summary Judgment | 7.4 |
| **Total:** | **112.0** |

| VIII. EXPENSE DETAIL | | | | | | |
|---|---:|---:|---:|---:|---:|---|---|
| Quantity | Price | Charge | Discount | Trans Date | Activity | Description |
| 1 | $1,738.00 | $1,738.00 | | 5/26/2021 | Filing Fee | Chapter 11 voluntary petition |
| 1 | $3.34 | $3.34 | | 5/26/2021 | Filing Fee | Suggestion of Bankruptcy |
| 30 | $0.51 | $15.30 | | 6/4/2021 | Postage | |
| 70 | $0.20 | $14.00 | | 6/24/2021 | Photocopies | |
| 33 | $0.51 | $16.83 | | 6/24/2021 | Postage | |
| 17 | $0.20 | $3.40 | | 7/12/2021 | Photocopies | |
| 1 | $1.20 | $1.20 | | 8/31/2021 | Pacer | |
| 16 | $0.20 | $3.20 | | 9/8/2021 | Photocopies | |
| 38 | $0.20 | $7.60 | | 9/16/2021 | Photocopies | |
| 1110 | $0.20 | $222.00 | | 10/5/2021 | Photocopies | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 10 | $2.16 | $21.60 | | 10/6/2021 | Postage | |
| | | 26 | $0.53 | $13.78 | | 10/6/2021 | Postage | |
| | | 6 | $0.20 | $1.20 | | 10/20/2021 | Photocopies | |
| | | 1 | $0.80 | $0.80 | | 10/31/2021 | Pacer | |
| | | 144 | $0.20 | $28.80 | | 11/2/2021 | Photocopies | |
| | | 350 | $0.20 | $70.00 | | 1/6/2022 | Photocopies | |
| | | 3 | $0.20 | $0.60 | | 1/6/2022 | Photocopies | |
| | | 10 | $2.16 | $21.60 | | 1/6/2022 | Postage | |
| | | 1 | $298.00 | $298.00 | | 1/26/2022 | Filing Fee | Lee v. Weatherford: Notice of appeal. |
| | | 1 | $1.10 | $1.10 | | 1/31/2022 | Pacer | |
| | | 9 | $0.20 | $1.80 | | 2/11/2022 | Photocopies | |
| | | 1 | $298.00 | $298.00 | | 2/17/2022 | Filing Fee | Lee v. Weatherford - Notice of appeal |
| | | 24 | $0.20 | $4.80 | | 2/21/2022 | Photocopies | |
| | | 1404 | $0.20 | $280.80 | | 2/22/2022 | Photocopies | |
| | | 39 | $2.56 | $99.84 | | 2/22/2022 | Postage | |
| | | 39 | $2.56 | $99.84 | | 2/22/2022 | Postage | |
| | | 1 | $86.82 | $86.82 | | 2/24/2022 | Expense Reimbursement | Transcript of 1-6-2022 hearing |
| | | 12 | $0.20 | $2.40 | | 3/3/2022 | Photocopies | |
| | | 18 | $0.20 | $3.60 | | 3/4/2022 | Photocopies | |
| | | 16 | $0.20 | $3.20 | | 3/21/2022 | Photocopies | |
| | | 10 | $0.20 | $2.00 | | 3/21/2022 | Photocopies | |
| | | 1 | $1.40 | $1.40 | | 3/31/2022 | Pacer | |
| | | 38 | $0.53 | $20.14 | | 3/31/2022 | Postage | |
| | | 174 | $0.20 | $34.80 | | 4/7/2022 | Photocopies | |
| **Subtotal - Expenses** | | | | **$3,421.79** | **$0.00** | | | |

## IX. ACTIVITY DETAIL

| Timekeeper | Hours | Rate | | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.70 | $125.00 | | $87.50 | | 5/26/2021 | Case Administration | Finalize and file petition, matrix and related documents |
| Dian Gwinnup | 0.30 | $125.00 | | $37.50 | | 5/26/2021 | Litigation Activities | Prepare and file suggestion of bankruptcy in Alford Lee lawsuit |
| Dian Gwinnup | 0.30 | $125.00 | | $37.50 | | 5/28/2021 | Case Administration | Emails with client regarding removal of hold on bank accounts by receiver and opening DIP account |
| Joyce W. Lindauer | 0.20 | $450.00 | | $90.00 | | 5/31/2021 | Case Administration | Work on filing and deadlines |
| Margie Richardson | 1.50 | $65.00 | | $97.50 | | 6/1/2021 | Employment Activities | Prepare application to employ JWL, affidavits in support and order. |
| Margie Richardson | 0.50 | $65.00 | | $32.50 | | 6/1/2021 | Schedules & SoFA | Update schedules. |
| Dian Gwinnup | 0.30 | $125.00 | | $37.50 | | 6/3/2021 | Case Administration | Forward notice of bankruptcy case filing to receiver |
| Dian Gwinnup | 0.70 | $125.00 | | $87.50 | | 6/3/2021 | Debtor Interview | Review email from US Trustee's office regarding initial debtor interview, complete required forms, and forward to client for review |
| Dian Gwinnup | 0.30 | $125.00 | | $37.50 | | 6/4/2021 | Debtor Interview | Email with client and US Trustee's office regarding rescheduling initial debtor interview |
| Dian Gwinnup | 0.20 | $125.00 | | $25.00 | | 6/8/2021 | Debtor Interview | Email to client confirming date and time for rescheduled initial debtor interview |
| Dian Gwinnup | 1.00 | $125.00 | | $125.00 | | 6/8/2021 | Schedules & SoFA | Revise schedules and statement of financial affairs and forward to client for review |
| Dian Gwinnup | 1.30 | $125.00 | | $162.50 | | 6/9/2021 | Creditors Meeting | Emails with client re: additional revisions needed to schedules and SOFA and file same (1.0); prepare and file certificate of service regarding 341 meeting (0.3) |

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 6/9/2021 | Employment Activities | Revise application to employ Joyce Lindauer, affidavits in support and order granting same |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 6/9/2021 | Schedules & SoFA | Review schedules and statement of financial affairs |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 6/14/2021 | Debtor Interview | Email to client re: documents and information needed for debtor interview on June 15, review information received and forward to US Trustee's office |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 6/15/2021 | Debtor Interview | Email US Trustee's office regarding rescheduling Initial Debtor Interview |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 6/23/2021 | Employment Activities | Revise application to employ Joyce Lindauer, affidavits in support, and order granting same |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 6/24/2021 | Employment Activities | Finalize, file and serve application to employ Joyce Lindauer |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 6/25/2021 | Debtor Interview | Forward document to US Trustee for debtor interview (0.1); Forward dial-in information to client for same (0.1); Assist with uploading documents to Tom Powers (0.1) |
| Guy Holman | 1.50 | $250.00 | | | $375.00 | $250.00 | 6/25/2021 | Debtor Interview | Initial Debtor Interview preparation and Debtor Interview with US Trustee rep Marie Goodyear |
| Guy Holman | 1.50 | $250.00 | | | $375.00 | $375.00 | 6/28/2021 | Creditors Meeting | 341 preparation call and 341 meeting; review non-dischargeability issue for malice; settlement negotiations |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 6/28/2021 | Creditors Meeting | Work on 341 meeting. |
| Guy Holman | 0.10 | $250.00 | | | $25.00 | | 6/29/2021 | Settlement Agreement/Activity | Follow-up on settlement offer |
| Guy Holman | 0.70 | $250.00 | | | $175.00 | | 7/2/2021 | Settlement Agreement/Activity | Review and responding to settlement negotiations with Greg Gray regarding Alfred Lee judgment for personal injury |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 7/11/2021 | MOR & Other Operating Reports | Email to client forwarding new monthly operating report form and instructions on how to complete same |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 7/12/2021 | MOR & Other Operating Reports | Emails with client regarding completion of monthly operating report |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 7/12/2021 | Schedules & SoFA | Revise schedules A/B, H and statement of financial affairs and forward to client for review |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 7/21/2021 | MOR & Other Operating Reports | Review monthly operating reports for May and June 2021 and email to client regarding revisions needed (0.4); file operating report for June 2021 (0.2) |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 7/28/2021 | Employment Activities | Review docket, prepare and file certificate of no objection regarding application to employ Joyce Lindauer and submit order for entry |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 8/20/2021 | Case Administration | Emails with client and US Trustee regarding outstanding quarterly fees |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 8/20/2021 | MOR & Other Operating Reports | Review and file operating report for July 2021 |
| Joyce W. Lindauer | 2.30 | $450.00 | | | $1,035.00 | $495.00 | 8/23/2021 | Plan and Disclosure Statement | Work on plan, begin drafting. |
| Joyce W. Lindauer | 3.40 | $450.00 | | | $1,530.00 | $630.00 | 8/24/2021 | Plan and Disclosure Statement | Continue drafting plan & disclosure statement |
| Joyce W. Lindauer | 0.70 | $450.00 | | | $315.00 | | 8/31/2021 | Plan and Disclosure Statement | Work on plan |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | $225.00 | 9/1/2021 | Plan and Disclosure Statement | Work on plan and or projections |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | $450.00 | 9/1/2021 | Plan and Disclosure Statement | Work on disclosure statement. |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | $225.00 | 9/7/2021 | Plan and Disclosure Statement | Work on plan |
| Guy Holman | 1.90 | $250.00 | | | $475.00 | | 9/8/2021 | Case Administration | Review adversary complaint; case law research on nondischargeability under 523(a)(6) |

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dave Lindauer | 2.30 | $95.00 | | | $218.50 | | 9/8/2021 | MOR & Other Operating Reports | Prepare monthly operating report actuals and draft plan projections |
| Dave Lindauer | 0.20 | $95.00 | | | $19.00 | | 9/13/2021 | Plan and Disclosure Statement | Updated projections |
| Joyce W. Lindauer | 0.70 | $450.00 | | | $315.00 | | 9/14/2021 | Plan and Disclosure Statement | Revise plan and disclosure statement |
| Dave Lindauer | 0.30 | $95.00 | | | $28.50 | $28.50 | 9/15/2021 | Plan and Disclosure Statement | Revise projections exhibit |
| Joyce W. Lindauer | 1.40 | $450.00 | | | $630.00 | $450.00 | 9/15/2021 | Plan and Disclosure Statement | Wor on plan projections |
| Dave Lindauer | 0.50 | $95.00 | | | $47.50 | | 9/16/2021 | Plan and Disclosure Statement | Further revise projections exhibit as per Joyce Lindauer |
| Dian Gwinnup | 2.00 | $125.00 | | | $250.00 | | 9/16/2021 | Plan and Disclosure Statement | Revise plan and disclosure statement |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | $315.00 | 9/16/2021 | Plan and Disclosure Statement | Work on plan and disclosure statement, liquidation analysis. |
| Joyce W. Lindauer | 1.20 | $450.00 | | | $540.00 | $315.00 | 9/17/2021 | Plan and Disclosure Statement | Work on plan and changes |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | $360.00 | 9/20/2021 | Plan and Disclosure Statement | Work on plan and disclosure statement revisions |
| Guy Holman | 0.50 | $250.00 | | | $125.00 | | 9/20/2021 | Schedules & SoFA | Amend exemptions |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/20/2021 | Schedules & SoFA | Review scheduling order and update calendar |
| Guy Holman | 2.50 | $250.00 | | | $625.00 | | 9/21/2021 | Litigation Activities | Draft answer to Adversary; Case law research |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/21/2021 | Litigation Activities | Finalize and file original answer and affirmative defenses to complaint |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/21/2021 | MOR & Other Operating Reports | Review and file operating report for August 2021 |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 9/22/2021 | Plan and Disclosure Statement | Work on projections |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 9/22/2021 | Plan and Disclosure Statement | Work on plan changes |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 9/22/2021 | Schedules & SoFA | Work on exemptions |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 9/23/2021 | Plan and Disclosure Statement | Finalize and file plan and disclosure statement |
| Kerry Alleyne | 1.30 | $300.00 | | | $390.00 | | 9/23/2021 | Plan and Disclosure Statement | Modify disclosure statement to match plan |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | $450.00 | 9/23/2021 | Plan and Disclosure Statement | Work on plan and disclosure statement |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 9/24/2021 | Plan and Disclosure Statement | Finish and file plan |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/27/2021 | Plan and Disclosure Statement | Emails with Court to set disclosure statement hearing (0.1); prepare and submit order setting disclosure statement hearing (0.2) |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 9/30/2021 | Case Administration | Attend client meeting. |
| Guy Holman | 0.50 | $250.00 | | | $125.00 | | 9/30/2021 | Plan and Disclosure Statement | Rule 26F conference |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | | 10/5/2021 | Plan and Disclosure Statement | Prepare and file notice of disclosure statement hearing (.3); print plan, disclosure statement, order setting hearing and notice of hearing for service (0.5) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 10/6/2021 | Plan and Disclosure Statement | Prepare and file certificate of service re: notice of disclosure statement hearing (0.3); prepare and file certificate of service regarding plan, disclosure statement, order setting hearing and notice of disclosure statement (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 10/20/2021 | MOR & Other Operating Reports | File operating report for September 2021 |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 11/1/2021 | Plan and Disclosure Statement | Prepare and file witness and exhibit list for disclosure statement hearing on November 4 |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 11/2/2021 | Plan and Disclosure Statement | Work on disclosures |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | $25.00 | 11/2/2021 | Status Conference / Report | Email to client with case status update |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/4/2021 | Confirmation | Begin preparation of ballot |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 11/4/2021 | Plan and Disclosure Statement | Attend disclosure statement hearing. |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 11/11/2021 | Case Administration | Work on deadlines |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/19/2021 | MOR & Other Operating Reports | Review and file operating report for October 2021 |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 12/10/2021 | Case Administration | Work on offer |

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Becca Vaughn | 1.70 | $295.00 | | | $501.50 | | 12/14/2021 | Litigation Activities | Lee: Research Texas and federal law regarding collateral estoppel and willful and malicious actions and intent |
| Becca Vaughn | 1.40 | $295.00 | | | $413.00 | | 12/14/2021 | Summary Judgment | Lee: Review file and pleadings for motion for summary judgment response |
| Becca Vaughn | 2.30 | $295.00 | | | $678.50 | | 12/14/2021 | Summary Judgment | Lee: Draft response to motion for summary judgment |
| Joyce W. Lindauer | 0.80 | $450.00 | | | $360.00 | | 12/15/2021 | Litigation Activities | Legal research on "willful and malicious" |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 12/15/2021 | Summary Judgment | Lee adversary: Finalize and file response to motion for summary judgment |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 12/20/2021 | Case Administration | Attend call with client. |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | | 12/21/2021 | MOR & Other Operating Reports | Review and file amended operating reports for June, July, August, September and October 2021(0.5); review and file operating report for November 2021(0.3) |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 12/27/2021 | Case Administration | Respond to email from opposing counsel |
| Dian Gwinnup | 1.10 | $125.00 | | | $137.50 | | 12/27/2021 | Plan and Disclosure Statement | Finalize first amended disclosure statement and first amended plan and file same (0.7); emails with Court regarding date for disclosure statement hearing (0.2); prepare and submit order setting disclosure statement hearing (0.2) |
| Austin Taylor | 0.50 | $275.00 | | | $137.50 | | 12/27/2021 | Plan and Disclosure Statement | Plan and disclosure statement comparison |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 12/27/2021 | Plan and Disclosure Statement | Work on plan changes to file amended plan for Court |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 12/27/2021 | Plan and Disclosure Statement | Work on plan for filing |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 12/29/2021 | Litigation Activities | Lee Adversary: Prepare and file defendant's witness list and defendants exhibit list |
| Larry Boyd | 3.00 | $150.00 | | | $450.00 | | 1/3/2022 | Litigation Activities | Lee Adversary: Draft changes to joint pre-trial order; sent same to Joyce Lindauer and opposing counsel |
| Larry Boyd | 0.10 | $150.00 | | | $15.00 | | 1/5/2022 | Litigation Activities | Lee Adversary ; Email to Joyce Lindauer and opposing counsel re; joint pretrial order |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 1/5/2022 | Plan and Disclosure Statement | Gather and print documents needed for January 6 hearing |
| Larry Boyd | 0.20 | $150.00 | | | $30.00 | | 1/6/2022 | Litigation Activities | Research elements of assault in Texas. |
| Dian Gwinnup | 0.90 | $125.00 | | | $112.50 | | 1/6/2022 | Plan and Disclosure Statement | Prepare and file notice of disclosure statement hearing (0.2); serve plan, disclosure statement, order setting hearing and notice of hearing (0.5); prepare and file certificate of service regarding same (0.2) |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | | 1/6/2022 | Summary Judgment | Attend motion for summary judgment hearing |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 1/10/2022 | Case Administration | Work on dischargeability complaint. |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 1/14/2022 | Settlement Agreement/Activity | Work on settlement offer |
| Austin Taylor | 0.60 | $275.00 | | | $165.00 | | 1/19/2022 | Summary Judgment | Review Court's opinion |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 1/24/2022 | Appeal / Reconsideration | Telephone conversation regarding appeal |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 1/26/2022 | Appeal / Reconsideration | Prepare and file notice of appeal |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 2/9/2022 | Appeal / Reconsideration | Prepare and file designation of record and statement of issues on appeal |
| Austin Taylor | 0.20 | $275.00 | | | $55.00 | | 2/10/2022 | Plan and Disclosure Statement | Attended Disclosure Statement Hearing |
| Austin Taylor | 0.20 | $275.00 | | | $55.00 | $55.00 | 2/10/2022 | Plan and Disclosure Statement | Review 1125 on Disclosure Statements |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | | 2/10/2022 | Plan and Disclosure Statement | Work on disclosure statement |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 2/11/2022 | Confirmation | Emails with court to schedule confirmation hearing |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 2/11/2022 | Plan and Disclosure Statement | Prepare order approving disclosure statement |

| Name | Hours | Rate | | | Amount | | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | $19.50 | 2/14/2022 | Insurance Issues | Forward update auto insurance to US Trustee |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 2/17/2022 | Appeal / Reconsideration | Prepare and file notice of appeal re: judgment of nondischargeability (0.3); prepare and file designation of record on appeal and statement of issues re: judgment of nondischargeability (0.3) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/17/2022 | Summary Judgment | Prepare and file amended designation of record on appeal regarding memorandum opinion and order granting plaintiff's motion for summary judgment |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 2/21/2022 | MOR & Other Operating Reports | Review and file operating report for January 2022 |
| Dian Gwinnup | 1.10 | $125.00 | | | $137.50 | | 2/22/2022 | Confirmation | Prepare and file notice of confirmation hearing (0.3); prepare ballot (0.3); serve plan, disclosure statement, order approving disclosure statement, notice of confirmation hearing and ballot for mailing (0.5) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 2/22/2022 | Confirmation | Prepare and file certificate of service re: service of plan and related documents |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/24/2022 | Appeal / Reconsideration | Lee appeal:: Request transcript of January 6, 2022 hearing on motion for summary judgment |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 3/3/2022 | Appeal / Reconsideration | Review dockets for status of transmission of records on appeal to District Court |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 3/18/2022 | Appeal / Reconsideration | Review notice of transmittal of record on appeal, download record in Appeal 3:22-cv-00341, and calendar brief deadline (0.2); review notice of transmittal of record on appeal, download record in Appeal 3:22-cv-00444, and calendar brief deadline (0.2) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | $19.50 | 3/18/2022 | MOR & Other Operating Reports | Email to client reminding of deadline to file monthly operating report |
| Austin Taylor | 0.30 | $275.00 | | | $82.50 | | 3/21/2022 | Appeal / Reconsideration | Review pleadings for brief |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/21/2022 | MOR & Other Operating Reports | Review and file operating report for February 2022 |
| Austin Taylor | 1.20 | $275.00 | | | $330.00 | $220.00 | 3/28/2022 | Appeal / Reconsideration | Review judge's opinion |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 3/28/2022 | Confirmation | Prepare witness and exhibit list for March 31 confirmation hearing and gather exhibits identified therein |
| Austin Taylor | 0.10 | $275.00 | | | $27.50 | $27.50 | 3/28/2022 | Confirmation | Left message to Steve Wilcox re: acceptability of plan |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/29/2022 | Confirmation | Review calendar and Court's dockets and email to Court to continue confirmation hearing scheduled for March 31 |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | $97.50 | 3/29/2022 | Confirmation | Work on ballot issues |
| Austin Taylor | 0.20 | $275.00 | | | $55.00 | | 3/29/2022 | Confirmation | Spoke with Stephen Wilcox about voting for plan |
| Austin Taylor | 1.70 | $275.00 | | | $467.50 | $330.00 | 3/29/2022 | Confirmation | Calls with creditors to get ballots |
| Austin Taylor | 0.60 | $275.00 | | | $165.00 | | 3/29/2022 | Plan and Disclosure Statement | Draft plan modification |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | $195.00 | 3/30/2022 | Confirmation | Emails with Court re: continuing confirmation hearing (0.2); prepare and file motion to continue hearing to April 11 and order granting same (.5); email with US Trustee's office re: same, prepare and file certificate of conference (0.3) |

| Name | Hours | Rate | | | Amount | Amount 2 | Date | Category | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | $117.00 | 3/30/2022 | Plan and Disclosure Statement | Finalize and file first modification to plan (0.3); finalize and file second modification to plan (0.3) |
| Austin Taylor | 0.40 | $275.00 | | | $110.00 | | 3/30/2022 | Plan and Disclosure Statement | Draft 2nd modification and emails with Steve Wilcox |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/31/2022 | Confirmation | Review ballots and prepare ballot tally |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 3/31/2022 | Confirmation | Serve order continuing confirmation hearing (0.3); prepare and file certificate of service regarding same (0.2) |
| Austin Taylor | 3.20 | $275.00 | | | $880.00 | | 4/4/2022 | Appeal / Reconsideration | Work on brief for appeal |
| Austin Taylor | 2.40 | $275.00 | | | $660.00 | | 4/5/2022 | Appeal / Reconsideration | Work on brief for appeal |
| Austin Taylor | 2.10 | $275.00 | | | $577.50 | $577.50 | 4/6/2022 | Appeal / Reconsideration | Work on brief for appeal |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | $25.00 | 4/6/2022 | Confirmation | Finalize and file ballot tally (0.2); finalize and file witness and exhibit list, and exhibits identify therein, for April 11 confirmation hearing (0.3) |
| Austin Taylor | 2.30 | $275.00 | | | $632.50 | $632.50 | 4/7/2022 | Appeal / Reconsideration | Work on brief for appeal |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 4/11/2022 | Confirmation | Prepare and file proffer of Chris Weatherford in support of confirmation (0.2); prepare and file supplement to exhibit list for confirmation hearing and exhibits identifying therein (0.2) |
| Sydney Ollar | 0.50 | $250.00 | | | $125.00 | $125.00 | 4/11/2022 | Confirmation | Attend confirmation hearing |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 4/11/2022 | Confirmation | Work on confirmation hearing. |
| Austin Taylor | 1.20 | $275.00 | | | $330.00 | $330.00 | 4/12/2022 | Appeal / Reconsideration | Work on brief |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 4/12/2022 | Confirmation | Work on confirmation order |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/12/2022 | Confirmation | Approve confirmation order |
| Sydney Ollar | 0.80 | $250.00 | | | $200.00 | $150.00 | 4/14/2022 | Appeal / Reconsideration | Review and revision of appeal brief |
| Austin Taylor | 3.20 | $275.00 | | | $880.00 | $880.00 | 4/14/2022 | Appeal / Reconsideration | Work on appellate brief |
| Larry Boyd | 1.60 | $150.00 | | | $240.00 | $165.00 | 4/14/2022 | Summary Judgment | Review petition motion for summary judgment, brief in support, memorandum opinion and appeal of bankruptcy court order with feedback and suggested modifications to Austin Taylor |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | $136.50 | 4/18/2022 | Appeal / Reconsideration | Alford Lee appeals : Prepare and file motions to extend deadline to file appellant's briefs and orders granting same |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | $450.00 | 4/18/2022 | Appeal / Reconsideration | Review brief and make comments (0.5); extend time for filing brief (1.0) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | $135.00 | 4/21/2022 | Appeal / Reconsideration | Work on brief |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | $19.50 | 4/21/2022 | MOR & Other Operating Reports | Email to client regarding operating report due today |
| Dave Lindauer | 0.4 | $95.00 | | | $38.00 | | 6/10/2022 | Case Administration | Compile data for fee exhibit |
| Dave Lindauer | 0.2 | $95.00 | | | $19.00 | | 6/15/2022 | Case Administration | Prepare Northern District Cover Sheet |
| Dave Lindauer | 1.5 | $95.00 | | | $142.50 | | 6/15/2022 | Case Administration | Prepare fee exhibit A |
| Dian Gwinnup | 0.6 | $125.00 | | | $75.00 | | 7/6/2022 | Case Administration | Draft fee motion and related documents |
| Joyce W. Lindauer | 0.3 | $450.00 | | | $135.00 | | 7/6/2022 | Case Administration | Review and revise draft fee application |
| Dian Gwinnup | 0.7 | $125.00 | | | $87.50 | | 7/6/2022 | Case Administration | Finalize, file and serve fee application and related documents |
| **Subtotal - Time** | **112.0** | | | | **$ 28,296.00** | **$ 9,300.50** | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-30975-sgj11<br>Northern District of Texas<br>Dallas<br>Wed Jul  6 15:47:30 CDT 2022 | Forney ISD<br>% Perdue Brandon Fielder Et Al<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010-7457 | Joyce W. Lindauer, Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |
| Kaufman County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Alford Green<br>c/o the Law Offices of Greg Gray<br>1012 Ridge Road<br>Rockwall, TX 75087-4200 | Alford Lee<br>c/o the Law Offices of Greg Gray<br>1012 Ridge Road<br>Rockwall, TX 75087-4200 | Apple Card/Gs Bank Usa<br>Lockbox 6112 Po Box 7247<br>Philadelphia, PA 19170-0001 |
| Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Awa Collections<br>Po Box 6605<br>Orange, CA 92863-6605 | Cap1/Wmt<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Citi<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Comenitybank/Victoria<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Credit Collection Serv<br>725 Canton St<br>Norwood, MA 02062-2679 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Ford Motor Credit Comp<br>Po Box Box 542000<br>Omaha, NE 68154-8000 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit Company LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Forney Family Dentistry<br>108 E. Hwy 80<br>Forney, TX 75126-8688 |
| Forney ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Frank Fleming<br>2929 Carlisle St<br>Dallas, TX 75204-1084 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Centralized Insolvery  Operations<br>PO Box 7346<br>Philadelphia, DC 19101-7346 | Internal Revenue Service<br>Mail Code DAL - 5020<br>1100 Commerce St<br>Dallas, TX 75242-1100 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kaufman County<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Laurie A. Spindler<br>2777 N Stemmons Fwy, Ste 1000<br>Dallas, TX 75207-2328 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

```
Linebarger, Goggan Blair & Samspson      Lowes                              PRA Receivables Management, LLC
2777 N. Stemmons Frwy                    PO Box 530970                      PO Box 41021
Suite 100                                Atlanta, GA 30353-0970             Norfolk, VA 23541-1021
Dallas, TX 75207-2502


PennyMac Loan Services, LLC              PennyMac Loan Services, LLC        Pennymac Loan Services
ALDRIDGE PITE, LLP                       P.O. Box 2410                      6101 Condor Dr Ste 200
4375 JUTLAND DRIVE, SUITE 200            Moorpark, CA 93020-2410            Moorpark, CA 93021-2602
P.O. BOX 17933
SAN DIEGO, CA 92177-7921


Quantum3 Group LLC as agent for          Syncb/Care Credit                  Syncb/Lowes
Comenity Bank                            950 Forrer Blvd                    Po Box 965005
PO Box 788                               Kettering, OH 45420-1469           Orlando, FL 32896-5005
Kirkland, WA  98083-0788


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Texas Workforce Commission         (p)US BANK
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  101 E 15th St                  PO BOX 5229
PO BOX 13528                             Austin, TX 78778-0001              CINCINNATI OH 45201-5229
AUSTIN TX 78711-3528


US Attorney General                      US Trustee Office                  United States Trustee
Dept of Justice/ Main Justice Bldg       1100 Commerce ST                   1100 Commerce Street
10th & Constitution Ave NW               Room 976                           Room 976
Washington, DC 20530-0001                Dallas, TX 75242-0996              Dallas, TX 75242-0996


Wells Fargo Bank N.A., d/b/a Wells Fargo Aut   Wells Fargo Dealer Svc       Alford Lee III
PO Box 130000                            Po Box 10709                       The Law Offices of Greg Gray
Raleigh, NC 27605-1000                   Raleigh, NC 27605-0709             c/o Greg Gray, Esq., 1012 Ridge Road
                                                                            Rockwall, TX 75087-4200


Christopher Lee Weatherford              Joyce W. Lindauer
1213 Warbler Drive                       Joyce W. Lindauer Attorney, PLLC
Forney, TX 75126-7755                    1412 Main Street
                                         Suite 500
                                         Dallas, TX 75202-4042
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company LLC            IRS                                Jpmcb Card
c/o National Bankruptcy Service Center   IRS                                Po Box 15369
P.O. Box 62180                           Austin, TX 73301                   Wilmington, DE 19850
Colorado Springs, CO 80962


Texas Comptroller Of Public Accts        U.S. Bank National Association     (d)Us Bank
Revenue Accting Div. - Banker Section    Bankruptcy Department              Po Box 5227
PO Box 13528                             PO Box 5229                        Cincinnati, OH 45201
Austin, TX 78711-3528                    Cincinnati, Ohio 45201-5229
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC        (u)PennyMac Loan Services, LLC        (u)Cb/Vicscrt

(d)Synchrony Bank                       End of Label Matrix
c/o PRA Receivables Management, LLC     Mailable recipients    49
PO Box 41021                            Bypassed recipients     4
Norfolk VA 23541-1021                   Total                  53